16-134//LHR/KRH

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.:

ELLIS PARKER,

        Plaintiff,

vs.

TOWN OF PALM BEACH,

        Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, TOWN OF PALM BEACH (hereinafter "Town"), a Florida municipal corporation, by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441(a), & 1446(b)(3), hereby provides this Notice of the Removal of the above captioned action from the Fifteenth Judicial Circuit Court for Palm Beach County to the United States District Court for the Southern District of Florida and states as follows:

1. Plaintiff, ELLIS PARKER (hereinafter "Plaintiff"), originally filed his Complaint for monetary relief with the State Court on January 13, 2017. Town was served with the Summons and Complaint on January 27, 2017. *See Summons and Plaintiff's Complaint attached as Exhibit A.*

2. Plaintiff's Complaint attempts to allege two counts: (1) 42 U.S.C § 1983, violation of clearly established rights under the Fourth and Fourteenth Amendments of the United States Constitution, against Town; and (2) Trespass/Invasion of Privacy under § 810.08, *Fla. Stat.,* against Town. With respect to Count I of Plaintiff's Complaint against Town, Plaintiff

1

alleges that Town violated his rights under the Fourth Amendment of the United States Constitution, to be secure in his house, papers, and effects, against unreasonable searches and seizures, including but not limited to warrantless entry into Plaintiff's residence in the absence of lawful authority or a warrant issued upon probable cause. Under Count II, Plaintiff seeks attorneys' fees pursuant to 42 U.S.C. §1988.

3. Pursuant to 28 U.S.C. §1331, this Court now has original jurisdiction over this action, as Plaintiff's proposed 42 U.S.C. § 1983 civil action against Town and his request for attorneys' fees pursuant to 42 U.S.C. §1988 arise under the Constitution and laws of the United States. Pursuant to 28 U.S.C. §§ 1331 & 1441(a), Town may remove this action to this Court.

4. Pursuant to 28 U.S.C. § 1446(b)(1), this notice of removal is timely. 28 U.S.C. § 1446(b)(1) states:

> The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

5. In accordance with 28 U.S.C. § 1446(a), attached hereto as exhibits are copies of: Plaintiff's Complaint, Civil Cover Sheet, the process served upon Town, and Town's Motion to Dismiss Plaintiff's Complaint with Incorporated Memorandum of Law. *See Composite Exhibit B.*

6. Concurrent with the filing of this Notice of Removal with this Court, Town will provide Notice of Removal to the Plaintiff, through the attorney of record in the State Court Action, as required by 28 U.S.C. Section 1446(d), as well as notice to the Clerk of the State Court in and for the Fifteenth Judicial Circuit Court for Palm Beach County, State of Florida.

7. This Notice is timely, being filed within thirty (30) days service of Plaintiff's Complaint on Town.

WHEREFORE, Defendant, TOWN OF PALM BEACH, respectfully requests that this Honorable Court, pursuant to 28 U.S.C. §1441, grant an Order in favor of Town to remove this action to the United States District Court, Southern District of Florida.

Respectfully submitted,

 /s/ Lyman H. Reynolds, Jr.
LYMAN H. REYNOLDS, JR.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy hereof has been furnished by CM/ECF to all parties on the attached Counsel List this 14th day of February, 2017.

> **ROBERTS, REYNOLDS, BEDARD & TUZZIO, PLLC**
> 470 Columbia Drive, Bldg. C101
> West Palm Beach, FL  33409
> Phone: 561-688-6560/Fax: 561-688-2343
> E-Service: service_LHR@rrbpa.com
> Email: lreynolds@rrbpa.com
> Attorneys for Defendant Town of Palm Beach
>
>  /s/ Lyman H. Reynolds, Jr.
> LYMAN H. REYNOLDS, JR.
> Florida Bar No: 380687

STYLE: PARKER vs. TOWN OF PALM BEACH COUNTY
CASE NO.:
OUR FILE NO.: 16-134

## COUNSEL LIST

CHRISTOPHER HADDAD, ESQ.
The Law Office of Christopher Haddad
7301 S. Dixie Hwy., Unit B
West Palm Beach, FL 33405
Counsel for Plaintiff
PHONE: 561-832-1126
FAX: 561-832-1127
E-SERVICE: chris@chrishaddad.com
　　　　　　pat@chrishaddad.com
FBN: 0879592

LYMAN H. REYNOLDS, JR., ESQ.
Roberts, Reynolds, Bedard & Tuzzio, PLLC
470 Columbia Dr., Bldg. C101
West Palm Beach, FL  33409
Counsel for Defendant Town of Palm Beach
PHONE: 561-688-6560
FAX: 561-688-2343
E-SERVICE: service_LHR@rrbpa.com
EMAIL: lreynolds@rrbpa.com
　　　　　bsmith@rrbpa.com
FBN: 380687